IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PODESTAMATTOON, INC.<br>1001 G Street, NW<br>Suite 900 East<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>FALEX CORPORATION<br>1020 Airpark Drive<br>Sugar Grove, IL 60554<br><br>CENTER FOR TRIBOLOGY AND<br>COATINGS D/B/A INSTITUTE FOR<br>TRIBOLOGY AND COATINGS<br>1020 Airpark Drive<br>Sugar Grove, IL 60554<br><br>    Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL**<br><br>CASE NUMBER 1:06CV01610<br>JUDGE: Henry H. Kennedy<br>DECK TYPE: Contract<br>DATE STAMP: 09/■/2006 |

## NOTICE OF REMOVAL

Defendants, Falex Corporation ("Falex") and Institute of Tribology and Coatings ("ITC")[1] (collectively, "Defendants") hereby file this Notice of Removal of the above described action to the United States District Court for the District of Columbia from the Superior Court for the District of Columbia, where the action is now pending, as provided for by 28 U.S.C. §§ 1441 and 1446, and state:

---

[1] Plaintiff's complaint refers to the Institute of Tribology and Coatings as the Center for Tribology and Coatings, CTC or as the Center for Tribology and Coatings d/b/a Institute for Tribology & Coatings. *See* Complaint, at 1, attached to this Notice of Removal at Exhibit A.

1. The above-entitled action was commenced by PodestaMattoon, Inc. ("PodestaMattoon") in the Superior Court for the District of Columbia and is now pending in that Court. Process was served on Falex and ITC on August 16, 2006.

2. On September 5, 2006, the Center for Tribology and Coatings (ITC) filed a "Motion for Extension to File Answer" in the Superior Court. PodestaMattoon consented to the Motion. A copy of this Motion is attached to this Notice as Exhibit B.

3. On September 7, 2006, Falex and PodestaMattoon filed a joint "Praecipe for Extension to File Answer" in the Superior Court. The parties asked the Court to approve an extension of time for Falex to file its answer until September 25, 2006. A copy of the Praecipe is attached as Exhibit C to this Notice.

4. At the time of the commencement of this action in the Superior Court for the District of Columbia, and since that time, Plaintiff was, and is now, a citizen of the District of Columbia. PodestaMattoon is a District of Columbia Corporation and its principal place of business is in the District of Columbia. At the time this action was commenced, and at the present time, Defendant Falex was, and still is, a corporation organized under the laws of the State of Illinois with its principal place of business in the State of Illinois. At the time this action was commenced, and at the present time, Defendant ITC was, and still is, a not-for-profit corporation organized under the laws of the State of Illinois with its principal place of business in the State of Illinois.

5. The action is a civil action seeking damages in connection with purported contracts between Defendants and PodestaMattoon.

6. The action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), which states in part that Defendants can remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction . . . ." The United States District Court for the District of Columbia would have had original jurisdiction over this action by reason of the diversity of citizenship of the parties. Additionally, PodestaMattoon is expressly seeking damages in amounts in excess of $75,000, exclusive of interest and costs, from both Falex and ITC. 28 U.S.C. § 1332(a).

7. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within 30 days of Defendants' receipt of Plaintiff's complaint, which occurred on August 16, 2006. Attached as Exhibit D to this Notice is a Declaration by Mr. Andrew M. Faville, an officer of both Falex and ITC. Mr. Faville states that both ITC and Falex were served on August 16, 2006.

8. Defendants attach a copy of the pleadings and process in the previously-filed Superior Court matter as Exhibits A-C respectively.

9. Defendants will give written notice of the filing of this notice to Plaintiff as required by 28 U.S.C. § 1446(d).

10. A copy of this notice will be filed with the clerk of the Superior Court for the District of Columbia as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Falex and ITC respectfully request that the above action now pending against them in the Superior Court of the District of Columbia be removed therefrom to this Court.

Respectfully submitted,

*/s/ Scott Mirelson*

Seth Goldberg
(D.C. Bar No 251629)
Peter L. Wellington
(D.C. Bar No. 257493)
Scott M. Mirelson
(D.C. Bar No. 477930)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

ATTORNEYS FOR DEFENDANTS
FALEX CORPORATION AND THE
INSTITUTE OF TRIBOLOGY AND
COATINGS

Date: September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Removal to be served on September 15, 2006, via first-class mail, postage prepaid, upon the following:

>Peter J. Kadzik, Esq.
>Andrés Colón, Esq.
>Dickstein Shapiro, LLP
>1825 Eye Street, NW
>Washington, DC 20006-5403

_____
Scott M. Mirelson