# EXHIBIT B

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

PodestaMattoon, Inc.                    )
                                        )
                                        )
v.                                      )    C.A. No. 6277-06
                                        )
Falex Corporation                       )
1020 Airpark Drive                      )
Sugar Grove, Illinois 60554             )
                                        )              RECEIVED
Center for Tribology and Coatings d/b/a )          Civil Clerk's Office
Institute for Tribology & Coatings      )
1020 Airpark Drive                      )             SEP 0 5 2006
Sugar Grove, Illinois 60554             ))
                                        )          Superior Court of the
                                        )          District of Columbia
        Defendants.                     )          Washington, D.C.
_____)

### MOTION FOR EXTENSION TO FILE ANSWER

Pursuant to Superior Court Rule of Civil Procedure 55(a), defendant Center for

Tribology and Coatings and Plaintiff PodestaMattoon have agreed upon an extension of time to

permit defendant Center for Tribology and Coatings additional time to file an Answer to the

Complaint filed on August 15, 2006. Defendant Center for Tribology and Coatings hereby

requests the Court grant this motion for an extension.

On September 5, 2006, counsel for defendant Center for Tribology and Coatings

conferred with counsel for plaintiff PodestaMattoon. The parties agreed to extend the period

during which Center for Tribology and Coatings must file an Answer in this matter by 20 days as

expressly permitted by Rule 55(a)(2). The extension is intended to permit the Center for

Tribology and Coatings to evaluate the Complaint, confer with Plaintiff to the extent possible,

and respond appropriately.

Counsel for Center for Tribology and Coatings intended to file a praecipe memorializing counsels' agreement, but was informed by the Clerk's office that such a filing requires the signature of both counsels. Due to time constraints, it was not possible to have counsel for Plaintiff execute this document prior to filing. As a result, it is presented to the Court for its consideration as a Motion for An Extension, even though both parties are in agreement.

Defendant Center for Tribology and Coatings hereby requests the Court grant this motion and set the date for filing of an Answer by the Center of Tribology and Coatings on Monday, September 25, 2006.

Respectfully submitted,

Seth Goldberg (D.C. Bar No. 251629)
Eduardo L. Crosa (D.C. Bar No. 490863)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Counsel for Defendant Center for Tribology
and Coatings

Dated: September 5, 2006

- 2 -

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PodestaMattoon, Inc.          )
          )
v.          )  C.A. No. 6277-06
          )
Falex Corporation          )
1020 Airpark Drive          )
Sugar Grove, Illinois 60554          )
          )
Center for Tribology and Coatings d/b/a  )
Institute for Tribology & Coatings          )
1020 Airpark Drive          )
Sugar Grove, Illinois 60554          ))
          )
      Defendants.          )
          )

## ORDER

WHEREFORE, it is this _____ day of September, 2006

ORDERED, that defendant Center for Tribology and Coatings' Motion For Extension

To File Answer is granted;

ORDERED, the Answer of defendant Center for Tribology and Coatings is now due on

_____

FURTHER ORDERED, _____

_____

_____
The Honorable

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Motion For Extension To File Answer was served,

via U.S. mail and electronic mail, this 5th day of September, 2006, on:

Counsel for Plaintiff:

    Peter J. Kadzik
    Andres Colon
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006
    (202) 420-2201

Eduardo L. Crosa
(D.C. Bar No. 490863)