# EXHIBIT C

Case 1:06-cv-01610-HHK    Document 1-5    Filed 09/15/2006    Page 1 of 3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PodestaMattoon, Inc. )<br>)<br>v. )<br>)<br>Falex Corporation )<br>1020 Airpark Drive )<br>Sugar Grove, Illinois 60554 )<br>)<br>Center for Tribology and Coatings d/b/a )<br>Institute for Tribology & Coatings )<br>1020 Airpark Drive )<br>Sugar Grove, Illinois 60554 )<br>)<br>Defendants. )<br>) | C.A. No. 6277-06 |

RECEIVED
Civil Clerk's Office
SEP 7 2006
Superior Court of the
District of Columbia
Washington, D.C.

## PRAECIPE FOR EXTENSION TO FILE ANSWER

Pursuant to Superior Court Rule of Civil Procedure 55(a)(2), Defendant Falex Corporation and Plaintiff PodestaMattoon have agreed upon an extension of time to permit Falex Corporation additional time to file an Answer to the Complaint filed on August 15, 2006.

On September 5, 2006, the second defendant in this case, counsel for the Center for Tribology and Coatings, reached an agreement with Plaintiff's counsel for an extension of time to file its Answer. The parties agreed to a 20-day extension, thereby making the Center for Tribology's Answer due on Monday, September 25, 2006. By motion of that same date, the Center for Tribology requested the Court grant such an extension.

Defendant Falex Corporation and the Plaintiff have agreed upon a similar extension for Falex Corporation. The extension is intended to permit Falex Corporation an opportunity to evaluate the Complaint, confer with Plaintiff to the extent possible, and respond

appropriately. The Answer by Falex Corporation shall now be due on Monday, September 25, 2006. The parties hereby request the Court approve and record this praecipe.

Respectfully submitted,

Seth Goldberg (D.C. Bar No. 251629)
Eduardo L. Crosa (D.C. Bar No. 490863)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Defendant Falex Corporation

Peter J. Kadzik, Esq.
D.C. Bar No. 964007

Andrés Colón, Esq.
D.C. Bar No. 469631

Dickstein Shapiro, LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2200

Counsel for Plaintiff PodestaMattoon, Inc.

Dated: September 7, 2006