# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PODESTAMATTOON, INC.<br>1001 G Street, NW<br>Suite 900 East<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>FALEX CORPORATION<br>1020 Airpark Drive<br>Sugar Grove, IL 60554<br><br>INSTITUTE OF TRIBOLOGY AND<br>COATINGS<br>1020 Airpark Drive<br>Sugar Grove, IL 60554<br><br>    Defendants. | Case No.:<br><br>**DECLARATION** |

Andrew M. Faville certifies and declares as follows:

1. I am an officer of Falex Corporation ("Falex"). I am also an officer of the Institute of Tribology and Coatings ("ITC").

2. Falex's business address and ITC's business office is 1020 Airpark Drive, Sugar Grove, Illinois 60554.

3. On August 16, 2006, Falex and ITC were served with a complaint in *PodestaMattoon, Inc. v. Falex Corporation and Center for Tribology and Coatings d/b/a*

*Institute for Tribology & Coatings*, C.A. No. 0006277-06 (D.C. Superior Court filed August 15, 2006).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2006.

_____
Andrew M. Faville, on behalf of Falex Corporation

_____
Andrew M. Faville, on behalf of Institute of Tribology and Coatings