CO-386-online
10/03

# United States District Court
# For the District of Columbia

PodestaMattoon, Inc. )
)
)
)
          vs    Plaintiff )  Civil Action No._____
)
Falex Corporation and )
Institute of Tribology and Coatings )
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendants_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Defendants_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Scott Mirelson_ (signature)
Signature

477930
BAR IDENTIFICATION NO.

Scott M. Mirelson
Print Name

Stepice & Johnson LLP, 1330 Connecticut Avenue N.W.
Address

Washington   DC   20036
City   State   Zip Code

(202) 429-3000
Phone Number