CO-386-online
10/03

# United States District Court
# For the District of Columbia

PodestaMattoon, Inc.  )
)
)
)
           Plaintiff  )   Civil Action No. 0006277-06
    vs                )
)
Falex Corporation and )
Institute of Tribology and Coatings )
)
           Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Peter J. Kadzik / R_
Signature

964007
BAR IDENTIFICATION NO.

Peter J. Kadzik, Esq.
Print Name

Dickstein Shapiro LLP, 1825 Eye St., NW
Address

Washington, DC   20006
City        State        Zip Code

(202) 420-4704
Phone Number