AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PodestaMattoon, Inc.

        Plaintiff(s)   )
                                )   **APPEARANCE**
                                )
                                )
           vs.               )   CASE NUMBER   1:06cv01610
Falex Corporation and            )
Center for Tribology and Coatings   )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Peter L. Wellington  as counsel in this
                                (Attorney's Name)

case for:  Falex Corporation and Center for Tribology and coatings
                        (Name of party or parties)

September 20, 2006
Date

*[Signature]*
Signature

257493
BAR IDENTIFICATION

Peter L Wellington
Print Name

Steptoe & Johnson LLP, 1330 Connecticut Avenue N.W.
Address

Washington   DC   20036
City   State   Zip Code

(202) 429-3000
Phone Number