IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PodestaMattoon, Inc. | ) | |
|       Plaintiff, | ) | Case No. 1:06-cv-01610HHK |
| | ) | |
| v. | ) | Hon. Henry H. Kennedy, Jr. |
| | ) | |
| Falex Corporation, *et al.* | ) | |
|       Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

By and through undersigned counsel, all parties jointly and respectfully move the Court to grant Defendants additional time, up to and including October 20, 2006, to respond to the Complaint. Defendants' response to the Complaint is currently due on September 22, 2006, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, which provides that the response to a removed complaint is due no later than 5 days after the filing of the petition for removal**.**

The parties seek this extension in order to continue discussions aimed at reaching an amicable resolution of this dispute at an early date. The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant their request to extend the deadline for Defendants to respond to Plaintiff's Complaint until October 20, 2006.

| | |
|---|---|
| Dated: September 21, 2006 | Respectfully submitted, |
| DICKSTEIN SHAPIRO, LLP | STEPTOE & JOHNSON LLP |
| /s/ Peter J. Kadzik | /s/ Peter L. Wellington |
| Peter J. Kadzik (D.C. Bar # 964007) | Seth Goldberg (D.C. Bar # 251629) |
| 1825 Eye Street, N.W. | Peter L. Wellington (D.C. Bar # 257493) |
| Washington, DC 20006-5403 | Scott M. Mirelson (D.C. Bar # 477930) |
| Tel: (202) 420-4704 | 1330 Connecticut Avenue, N.W. |
| | Washington, DC 20036-1795 |
| | Tel: (202) 429-3000 |
| Counsel for Plaintiff | Counsel for Defendants |