IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PodestaMattoon, Inc., | ) | |
|     Plaintiff, | ) | Case No. 1:06-cv-01610HHK |
| | ) | |
| v. | ) | Hon. Henry H. Kennedy, Jr. |
| | ) | |
| Falex Corporation, *et al.*, | ) | |
|     Defendants. | ) | |

**PROPOSED ORDER**

This matter comes before the Court on the Consent Motion for Extension of Time to Respond to Complaint. After due deliberation thereon and good cause being shown therefor, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

Defendants may respond to Plaintiff's Complaint through and including October 20, 2006.

Dated: _____

_____
Henry H. Kennedy, Jr.
United States District Judge