IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PodestaMattoon, Inc. | ) | |
|     Plaintiff, | ) | Case No. 1:06-cv-01610HHK |
| | ) | |
| v. | ) | Hon. Henry H. Kennedy, Jr. |
| | ) | |
| Falex Corporation, *et al.* | ) | |
|     Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

By and through undersigned counsel, all parties jointly and respectfully move the Court to grant Defendants additional time, up to and including November 20, 2006, to respond to the Complaint. Defendants' response to the Complaint is currently due on October 20, 2006, after having been extended for 28 days pursuant to a previous consent motion granted by this Court on September 22, 2006.

The parties have reached agreement in principle to settle the case but need additional time to document and conclude that settlement. The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant their request to extend the deadline for Defendants to respond to Plaintiff's Complaint until November 20, 2006.

Dated: October 20, 2006                                        Respectfully submitted,

DICKSTEIN SHAPIRO, LLP                              STEPTOE & JOHNSON LLP

/s/ Peter J. Kadzik                                                  /s/ Peter L. Wellington
Peter J. Kadzik (D.C. Bar # 964007)                 Seth Goldberg (D.C. Bar # 251629)
1825 Eye Street, N.W.                                          Peter L. Wellington (D.C. Bar # 257493)
Washington, DC  20006-5403                            Scott M. Mirelson (D.C. Bar # 477930)
Tel: (202) 420-4704                                               1330 Connecticut Avenue, N.W.
                                                                                    Washington, DC  20036-1795
                                                                                    Tel:  (202) 429-3000

Counsel for Plaintiff                                              Counsel for Defendants