IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PodestaMattoon, Inc. </br></br> Plaintiff, </br></br> v. </br></br> Falex Corporation and Center for Tribology and Coatings d/b/a Institute for Tribology & Coatings </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 1:06-cv-01610-HHK </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, PodestaMattoon, Inc., by and through its attorneys, voluntarily dismisses with prejudice all of its claims in the above-captioned action against Defendants Falex Corporation and the Center for Tribology and Coatings d/b/a Institute for Tribology & Coatings, without costs or attorneys' fees to any party.

Dated: November 21, 2006

Respectfully submitted,

By: _____
Peter J. Kadzik, Esq.
D.C. Bar No. 964007
Andrés Colón, Esq.
D.C. Bar No. 469631
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-9700
Attorneys for PodestaMattoon, Inc.

2157764.01